## WESTINGHOUSE ELECTRIC & MANUFAC-TURING COMPANY, Plaintiff-Appellant, v. SCINTILLA MAGNETO COMPANY, Inc., and American Brown Boveri Electric Corporation, Defendants-Appellees.

Circuit Court of Appeals, Second Circuit. November 18, 1929.

No. 44.

Victor S. Beam and Thomas J. Byrne, both of New York City, for appellant.

Franklin M. Warden, of Chicago, Ill., Lawrence K. Sager, of New York City, S. Michael Pineles, of Chicago, Ill., and White & Case, of New York City, for appellees.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM. Decree [36 F.(2d) 419] affirmed.